# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

**GENSPERA, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee,*

And

**JOHN T. ISAACS, PH.D. and SAMUEL R. DENMEADE, M.D.,**

v.

**ANNASTASIAH MUDIWA MHAKA,**
*Defendant/Counterclaimant-Appellant.*

_____

2015-1059
_____

Appeal from the United States District Court for the District of Maryland in No. 1:12-cv-00772-MJG, Senior Judge Marvin J. Garbis

-------------------------------------------------------

**ANNASTASIAH MUDIWA MHAKA,**
*Plaintiff-Appellant,*

v.

**GENSPERA, INC., JOHN T. ISAACS, PH.D., and SAMUEL R. DENMEADE, M.D.,**
*Defendants-Appellees.*

_____

2015-1060
_____

Appeal from the United States District Court for the

District of Maryland in No. 1:12-cv-03302-MJG, Senior
Judge Marvin J. Garbis

_____

**APPELLANT ANNASTASIAH MUDIWA MHAKA'S NOTICE OF INTENT TO
<u>FILE A CORRESPONDING BRIEF ON CD</u>**

Pursuant to Federal Circuit Rule 32(e)(1), and with Appellees GenSpera, Inc., John T. Isaacs, and Samuel R. Denmeade's consent, Appellant Annastasiah Mudiwa Mhaka, hereby gives notice of her intent to file a corresponding brief on CD.

| | |
|---|---|
| Dated: October 31, 2014 | Respectfully submitted, |
| | */s/ Darrell R. Atkinson* <br> Darrell R. Atkinson <br> HOSIE RICE LLP <br> 600 Montgomery Street, <br> 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 247-6000 |
| | *Attorneys for Defendant/Counterclaim Plaintiff-Plaintiff-Appellant Annastasiah Mudiwa Mhaka* |

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

CERTIFICATE OF SERVICE

I certify that I served a copy of:

**APPELLANT ANNASTASIAH MUDIWA MHAKA'S NOTICE OF INTENT TO FILE A CORRESPONDING BRIEF ON CD**

on the counsel listed below via e-mail and U.S. mail on October 31, 2014:

>John E. Nilsson, Esquire
>Seth I. Heller, Esquire
>Thomas D. McSorley
>Arnold and Porter LLP
>555 12th Street NW
>Washington, DC 20004
>John.Nilsson@aporter.com
>Seth.Heller@aporter.com
>Tom.McSorley@aporter.com
>
>Wallace Wu, Ph.D., Esq.
>Arnold and Porter LLP
>44th Floor
>777 South Figueroa Street
>Los Angeles, CA 90017
>Wallace.Wu@aporter.com
>
>*Counsel for Plaintiff/Counterclaim-Defendant-Appellee GenSpera, Inc. and Counterclaim-Defendants-Appellee Dr. John Isaacs, and Dr. Sam Denmeade*

DATED: October 31, 2014                    */s/ Jerry Shaw*
                                           Jerry Shaw

2