NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENSPERA, INC.,**
*Plaintiff/Counterclaim Defendant - Appellee,*

*and*

**JOHN T. ISAACS., Ph.D., SAMUEL R. DENMEADE, M.D.,**
*Counterclaim Defendants - Appellees,*

v.

**ANNASTASIAH MUDIWA MHAKA,**
*Defendant/Counterclaimant - Appellant.*

-----------------------------

**ANNASTASIAH MUDIWA MHAKA,**
*Plaintiff - Appellant,*

v.

**GENSPERA, INC., JOHN T. ISAACS., Ph.D., and SAMUEL R. DENMEADE, M.D.,**
*Defendants - Appellees.*

———————————

2015-1059, -1060

———————————

Appeals from the United States District Court for the District of Maryland in Nos. 1:12-cv-00772-MJG and 1:12-cv-03302-MJG, Senior Judge Marvin J. Garbis.

———————————

ON MOTION

O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file its principal brief until December 30, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 9, 2014            /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court